IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | |
| RORY SHELTON | : | CRIMINAL NO. 20-30 |

**DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW, comes the defendant, by and through his counsel, Neil E. Rothschild, Esq., and files his position with respect to sentencing factors, as follows:

1. Counsel has conferred with the defendant and reviewed the report. The only modification is an item recently brought to the attention of counsel by the defendant. With regard to his personal history, he lived with a Louanne Yeager from 2003 to 2015. She was his fiancé. She tragically died during a surgical procedure in 2015 to repair a heart valve. There are no other objections or corrections at this time.

Respectfully submitted,

/s/Neil E. Rothschild

Neil E. Rothschild

103 Moran Street

Oil City, Pa. 16301

814-677-4588

Pa.I.D. 50083

njd60629294@yahoo.co